IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01249-MSK-MJW

GABRIEL ATSEPOYI
    Plaintiffs,
v.
BRITISH AIRWAYS, and
ROBERT MCGIVERN,
    Defendants.

___

## ORDER STRIKING PROPOSED MOTION FOR DISMISSAL
___

**THIS MATTER** comes before the Court pursuant to the Plaintiff *pro se*'s Proposed Motion for Dismissal **(# 3)**.

Upon reviewing the document, it appears that the Plaintiff proposes to dismiss the Complaint if the Defendants pay him $ 1,535.50. This is in the nature of a settlement offer by the Plaintiff to the Defendants, not a motion seeking the Court to rule on an issue of law or fact. Accordingly, the Court will **STRIKE** the document from the Court's docket as a motion. The Defendants, having been served with a copy of the document, may consider it as a proposed settlement offer by the Plaintiff.

Dated this 14th day of July, 2005

    **BY THE COURT:**

    */s/ Marcia S. Krieger*
    _____

    Marcia S. Krieger
    United States District Judge