IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01249-MSK-MJW

GABRIEL ATSEPOYI,

       Plaintiff,

v.

BRITISH AIRWAYS PLC, a foreign corporation,

       Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

This matter having come before the Court on the parties' Stipulation for Dismissal with Prejudice,

IT IS ORDERED that this case and all claims against all parties are hereby dismissed with prejudice and the Clerk is instructed to close the court file.

Dated this 19th day of September 2005.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge